REALTY ASSOCIATES, Respondent, v. WILLIAM V. McMANUS, Appellant.—

Order granting plaintiff's motion for judgment on the pleadings, and judgment entered thereon, affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Kapper, J., dissents.